UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
BOB LENNES,                              :
                                         :
        Plaintiff,                       :    CASE NO.: 1:19-cv-00832
                                         :
    -against-                           :
                                         :
WESTERN GAS PARTNERS, LP,                :
BENJAMIN M. FINK, ROBIN H. FIELDER,      :
ROBERT G. GWIN, STEVEN D. ARNOLD,        :
DANIEL E. BROWN, MILTON CARROLL,         :
JAMES R. CRANE, DAVID J. TUDOR, AND      :
MITCHELL W. INGRAM,                      :
                                         :
        Defendants.                      :
---------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: February 15, 2019                    Respectfully Submitted,

                                                  **MONTEVERDE & ASSOCIATES PC**

                                                  */s/ Juan E. Monteverde*
                                                  Juan E. Monteverde
                                                  The Empire State Building
                                                  350 Fifth Avenue, Suite 4405
                                                  New York, New York 10118
                                                  Tel: 212-971-1341
                                                  Fax: 212-202-7880

                                                  *Attorney for Plaintiff*